988

No. 87-1157. ALASKA FEDERATION OF NATIVES ET AL. *v.* ALASKA FISH & WILDLIFE FEDERATION & OUTDOOR COUNCIL, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 87-1169. BEAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87-1191. MESSERLIAN ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87-1219. G. & T. TERMINAL PACKAGING CO., INC., ET AL. *v.* CONSOLIDATED RAIL CORPORATION. C. A. 3d Cir. Certiorari denied.

No. 87-1261. HONIG, SUPERINTENDENT OF PUBLIC INSTRUCTION FOR THE STATE OF CALIFORNIA, ET AL. *v.* BENNETT, SECRETARY OF EDUCATION. C. A. 9th Cir. Certiorari denied.

No. 87-1336. BENNETT *v.* INTERNATIONAL BANK OF MIAMI, N. A. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 87-1348. CHICAGO & NORTH WESTERN TRANSPORTATION CO. *v.* BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES. C. A. 8th Cir. Certiorari denied.

No. 87-1351. UBEROI *v.* UNIVERSITY OF COLORADO ET AL. C. A. 10th Cir. Certiorari denied.

No. 87-1353. KING ET UX. *v.* RELIANCE INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 87-1355. HAYES *v.* COOK, JUDGE, EDMONSON CIRCUIT COURT, EDMONSON COUNTY, KENTUCKY, ET AL. Sup. Ct. Ky. Certiorari denied.

No. 87-1356. HARKRIDER, EXECUTOR OF THE ESTATE OF CORY, ET AL. *v.* LAFAYETTE BANK & TRUST CO. ET AL. Sup. Ct. Ind. Certiorari denied.

No. 87-1378. EVANS *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.